**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-6546

_____

EUNICE HUSBAND,

Plaintiff - Appellant,

v.

J.C. RAFFERTY; UNITED STATES MARSHALS, Northern District of
West Virginia,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.   John Preston Bailey,
Chief District Judge.  (2:09-cv-00106-REM-DJJ)

_____

Submitted:  February 10, 2011        Decided:  February 17, 2011

_____

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed as modified by unpublished per curiam opinion.

_____

Eunice Husband, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eunice Husband appeals the district court's order adopting the magistrate judge's recommendation and dismissing his civil rights complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinions and find no reversible error. As the district court held, Husband's claim is not cognizable because the federal conviction at issue has not been reversed, expunged, declared invalid. <u>See</u> <u>Heck v. Humphrey</u>, 512 U.S. 477, 486-87 (1994) (concerning 42 U.S.C. § 1983 (2006) (complaint)). Because Husband may refile his claims should his conviction ever be overturned or called into question by the appropriate court, we modify the dismissal to be without prejudice and affirm as modified. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED AS MODIFIED</u>